IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WILLIAM A. CORNELIO, III, | ) | CIV. NO. 15-0058 SOM/BMK |
| | ) | |
| Petitioner, | ) | ORDER GRANTING IN FORMA |
| | ) | PAUPERIS APPLICATION |
| vs. | ) | |
| | ) | |
| NOLAN ESPINDA, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER GRANTING IN FORMA PAUPERIS APPLICATION

Petitioner is a pauper within the meaning of 28 U.S.C. § 1915 and his *in forma pauperis* application is GRANTED. IT IS HEREBY ORDERED that:

1. The Hawaii Department of Public Safety, the Halawa Correctional Facility Warden, or their designee shall collect $5.00 from Plaintiff's prison trust account for commencement of this habeas action and forward this amount to the Clerk of Court, identifying the payment with the name and docket number for this action.

2. On receipt of this payment, the District of Hawaii's Financial Department SHALL open an account for this action.

3. The Clerk SHALL serve a copy of this order on Plaintiff, the Halawa Correctional Facility's Warden and

financial office, Hawaii Department of Public Safety representative Shelley Nobriga, and the District of Hawaii's Financial Department.

       IT IS SO ORDERED.

       DATED: Honolulu, Hawaii, April 10, 2015.



                           /s/ Susan Oki Mollway
                           Susan Oki Mollway
                           Chief United States District Judge

*Cornelio v. Espinda*, 1:15-cv-00058 SOM-BMK; psa IFP 2015 Cornelio (hab grt); J:\PSA Draft Ords\SOM\Cornelio 15-58 som (hab grt).wpd